## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

ELAINE S. OGILVIE,  Civil No. 07-1289 (JRT/FLN)

      Plaintiff,

v.  **ORDER**

DIANE I. HOWLETT,

      Defendant.

---

Paul F. Schweiger, **SIEBEN, GROSE, VON HOLTUM & CAREY**, 130 Superior Street West, Suite 612, Duluth, Minnesota 55802, for plaintiff.

Susan E. Coleman-Hettich, Esq., **LIND, JENSEN, SULLIVAN & PETERSON**, 150 South Fifth Street, Suite 1700, Minneapolis, Minnesota, 55402 for defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 25, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff's motion for remand [Docket No. 6] is DENIED.

DATED: May 17, 2007               s/John R. Tunheim
at Minneapolis, Minnesota.         JOHN R. TUNHEIM
                                                  United States District Judge